UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RONALD W. OGLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 3:09-cv-00537 |
| ) | REEVES/GUYTON |
| SEVIER COUNTY REGIONAL PLANNING ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Upon consideration of the evidence produced at the nonjury trial held September 24-25, 2018, and for the reasons set forth in the Findings of Fact and Conclusions of Law filed contemporaneously herewith, it is **ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED in their entirety, with prejudice.**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT**

*/s/ JOHN L. MEDEARIS*
**CLERK OF COURT**